

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00198-CR
No. 02-26-00199-CR

_____

DON BULLARD, Appellant

V.

THE STATE OF TEXAS

_____

On Appeal from the 158th District Court
Denton County, Texas
Trial Court Nos. F24-3610-362, F25-4445-158

_____

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeals. Because we have not yet decided these cases, we grant the motion and dismiss the appeals. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: June 11, 2026

2